IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SIXTA GLADYS PEÑA MARTINEZ** *et al.*,  )<br>                                                                    )<br>           **Plaintiffs,**                                ) <br>                                                                    )<br>v.                                                              )<br>                                                                    )<br>**ALEX M. AZAR II, Secretary, United States**  )<br>**Department of Health and Human Services,**  )<br>**in his official capacity** *et al.*,                   )<br>                                                                    )<br>           **Defendants.**                              )<br>_____  ) | Case No. 3:18-cv-01206-WGY |

### DEFENDANTS' UNOPPOSED MOTION TO MODIFY
### MAY 22, 2019 CASE MANAGEMENT SCHEDULING ORDER

Defendants hereby respectfully request the Court to modify the May 22, 2019 Case Management Scheduling Order, ECF No. 61 ("the Scheduling Order") as follows:

1.      Under the Scheduling Order, both parties have a total page limit of 80 pages for their merits briefing, though these limits have been allocated differently. Plaintiffs have limits of 30 pages and 50 pages for their opening and closing briefs, respectively, and Defendants have limits of 60 pages and 20 pages for their opening and closing briefs, respectively. ECF No. 61, at 2.

2.      Defendants will not need 60 pages for their opening brief, and therefore wish to change the respective page limits for their opening and closing briefs to 50 and 30 pages.

3.      Defendants would be amenable to any similar request from Plaintiffs.

4.      Plaintiffs do not oppose the requested modification.

WHEREFORE, Defendants respectfully request that their motion to modify the May 22, 2019 Case Management Scheduling Order be granted. A proposed order is attached hereto.

Dated: November 7, 2019 	Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

 /s/ Daniel Riess
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically send notifications of this filing to all attorneys of record.

 /s/ Daniel Riess
Daniel Riess