IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SIXTA GLADYS PEÑA MARTINEZ** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 3:18-cv-01206-WGY |
| ) | |
| **ALEX M. AZAR II, Secretary, United States** ) | |
| **Department of Health and Human Services,** ) | |
| **in his official capacity** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ~~PROPOSED~~ ORDER

Upon consideration of Defendants' unopposed Rule 58(d) motion for entry of judgment in a separate document, it is hereby ORDERED that the motion is GRANTED. Judgment in this case is hereby ENTERED in favor of Plaintiffs consistent with the Court's August 4, 2020 opinion in this case.

Dated: 9/11/2020

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE