## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SIXTA GLADYS PEÑA MARTINEZ** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 3:18-cv-01206-WGY** |
| ) | |
| **ALEX M. AZAR II, Secretary, United States** ) | |
| **Department of Health and Human Services,** ) | |
| **in his official capacity** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Defendants Alex M. Azar II, Secretary, United States Department of Health and Human Services ("HHS"), in his official capacity; HHS; Sonny Perdue, Secretary, United States Department of Agriculture ("USDA"), in his official capacity; USDA; Andrew Saul, Commissioner of Social Security, in his official capacity; and the Social Security Administration, hereby appeal to the United States Court of Appeals for the First Circuit from the Court's Findings of Fact, Conclusions of Law, and Order entered on August 3, 2020 [ECF No. 97]; Final Judgment [ECF No. 100]; and all underlying decisions on which the Court's decision and final judgment were based.

Dated: September 11, 2020          Respectfully submitted,


JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

 /s/ Daniel Riess
DANIEL RIESS
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically send notifications of this filing to all attorneys of record.

 /s/ Daniel Riess

2