# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** September 29, 2020

**DC #:** 18-1206 (WGY)

**APPEAL FEE PAID:** YES ____ NO __W/V__

**CASE CAPTION:** Sixta Gladys Peña-Martínez et al  v.  US Department of Health and Human Services

**IN FORMA PAUPERIS:** YES ____ NO __X__

**MOTIONS PENDING:** YES __X__ NO ____

**NOTICE OF APPEAL FILED BY:** Defendants

**APPEAL FROM:** Memorandum of Decision entered on 04/16/19, Finding of Facts, Ruling of Law, and Order entered on 08/03/2020, and Judgment entered on 09/11/2020

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries   56, 97, 100 & 101**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

MARIA ANTONGIORGI-JORDAN
Clerk of the Court

S/ Mildred Concepción
Mildred Concepción
Deputy Clerk

s/c:  CM/ECF Parties, Appeals Clerk