IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SIXTA GLADYS PEÑA MARTINEZ *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> ALEX M. AZAR II, Secretary, United States ) <br> Department of Health and Human Services, ) <br> in his official capacity *et al.*, ) <br> ) <br> **Defendants.** ) <br> _____ ) | Case No. 3:18-cv-01206-WGY |

## PROPOSED ORDER

Upon consideration of Defendants' motion to extend administrative stay, it is hereby ORDERED that the motion is GRANTED. The administrative stay of the Court's permanent injunctive relief in this case is hereby extended through October 30, 2020.

Dated: *September 28, 2020*

*William G. Young*
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

1